```
FILED ✓      LODGED ___
RECEIVED ___ COPY ___

MAR 1 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

**SEALED**

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

MARCUS SHAND
Assistant United States Attorney
Pennsylvania State Bar No. 323052
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Marcus.Shand@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-00432-PHX-MTL (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 371<br>(Conspiracy)<br>Count 1 |
| 1. David Moreno Quevedo,<br>(Counts 1 and 20) | 18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>(Material False Statement During the<br>Purchase of a Firearm)<br>Counts 2-19 |
| 2. Mario Alberto Ayala, Jr.,<br>(Counts 1 and 17) | |
| 3. Randy Obed Valenzuela Chinchillas,<br>(Counts 1, 18, and 19) | 18 U.S.C. §§ 922(a)(6), 924(a)(2),<br>and 2<br>(Material False Statement During the<br>Purchase of a Firearm, Aid and Abet)<br>Count 20 |
| 4. Aidee Espinoza,<br>(Counts 1 and 2) | |
| 5. Todd Robert Nuttall,<br>(Counts 1 and 3) | 18 U.S.C. §§ 924(d) and 981,<br>21 U.S.C. §§ 853 and 881; and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |
| 6. Earl Marlow Burch,<br>(Counts 1, 4, and 5) | |
| 7. Wyatt Michael Fernandez,<br>(Counts 1, and 6-8) | |
| 8. Jorge Luis Roman,<br>(Counts 1 and 9) | |
| 9. Dylan Morgan Burch,<br>(Counts 1 and 10) | |
| 10. Shawna Marie O'Shea<br>(Counts 1, 11, and 12) | |

| | |
|---|---|
| 1 | 11. Damaris Davila Moreno, |
| 2 | (Counts 1 and 13) |
| 3 | 12. Noelia Valenzuela Gomez, (Counts 1 and 14) |
| 4 | 13. Melissa Osorio Talamante, |
| 5 | (Counts 1 and 15) |
| 6 | 14. Michael Andrew Wingate, (Counts 1 and 16) |
| 7 | Defendants. |

**THE GRAND JURY CHARGES:**

## COUNT 1

Between on or about July 15, 2023 and continuing through on or about December 22, 2023, in the District of Arizona and elsewhere, Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: (a) to knowingly make false statements or representations to a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealer to keep, in violation of Title 18, United States Code, Section 924(a)(1)(A); and (b) in connection with the acquisition of a firearm from a dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious written statement to the dealer of firearms, which statement was intended and likely to deceive the dealer of firearms as to a fact material to the lawfulness of such sale, in that the purchaser of the firearm stated that he/she was the actual transferee/buyer of the firearm when in fact he/she was acquiring the firearm on behalf of another person, in violation of

Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**Purpose of the Conspiracy**

The purpose of this conspiracy was to obtain belt-fed and .50 caliber rifles from a licensed dealer of firearms by means of knowing false statements and representations that concealed the identity of the true purchaser of the firearm(s) from the records the dealer was required to maintain.

**The Means and Methods of the Conspiracy**

The means and methods employed by Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE to carry out the conspiracy and effect its unlawful objects are as follows:

a.   It was part of the conspiracy that Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE would purchase firearms in the District of Arizona with the intention to provide them to Defendant DAVID MORENO QUEVEDO.

b.   It was a further part of the conspiracy that Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA

GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE would make false statements and representations on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, regarding the actual purchaser/buyer of each of the firearms.

    c.    It was a further part of the conspiracy that Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., and RANDY OBED VALENZUELA CHINCHILLAS would provide directions to Defendants AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE as to which firearms to purchase.

    d.    It was further part of the conspiracy that Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE, who purchased the firearm(s), would be compensated monetarily for his/her actions by Defendant DAVID MORENO QUEVEDO either personally or through Defendants MARIO ALBERTO AYALA, JR., and RANDY OBED VALENZUELA CHINCHILLAS upon purchase of the firearm(s).

    e.    It was further part of the conspiracy that Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, and WYATT MICHAEL FERNANDEZ would recruit members to join the conspiracy to purchase firearms for Defendant DAVID MORENO QUEVEDO.

    f.    It was further part of the conspiracy that Defendant DAVID MORENO QUEVEDO would direct the purchases made by Defendants MARIO ALBERTO

AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE.

g. It was a further part of the conspiracy that all of the acts of acquiring, obtaining, selling, purchasing, and transporting the firearms involved in the conspiracy were undertaken by all of the co-conspirators with the knowledge and intent that the firearms involved in the conspiracy would be provided to Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., and RANDY OBED VALENZUELA CHINCHILLAS.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

a. Between on or about July 15, 2023, and continuing through on or about December 22, 2023, Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, and WYATT MICHAEL FERNANDEZ knowingly induced and recruited Defendants RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD NUTTALL, EARL BURCH, WYATT MICHAEL FERNANDEZ, JORGE ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE to make false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of that business.

b. On or about July 15, 2023, during the purchase of one FNH M249S rifle, Defendant AIDEE ESPINOZA completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

c. On or about September 5, 2023, during the purchase of one FNH M249S rifle, Defendant TODD ROBERT NUTTALL completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

d. On two separate occasions during the purchase of a total of two (2) FNH M249S rifles, Defendant EARL MARLOW BURCH completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

e. On three separate occasions during the purchase of two (2) FNH M249S rifles and one (1) Barrett M1017A1 .50 cal. rifle, Defendant WYATT MICHAEL FERNANDEZ completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

f. On or about October 10, 2023, during the purchase of one FNH M249S rifle, Defendant JORGE LUIS ROMAN completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

g. On or about October 11, 2023, during the purchase of one FNH M249S rifle, Defendant DYLAN MORGAN BURCH completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

h. On two separate occasions during the purchase of one FNH M249S rifle and one Barrett M82A1 .50 cal. rifle, Defendant SHAWNA MARIE O'SHEA completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form

4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

    i.    On or about October 13, 2023, during the purchase of one FNH M249S rifle, Defendant DAMARIS DAVILA MORENO completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

    j.    On or about October 14, 2023, during the pre-purchase of one FNH M249S rifle subsequently purchased by Defendant MELISSA OSORIO TALAMANTE on October 28, 2023, Defendant DAVID MORENO QUEVEDO provided funds directly to JS Firearms Sales and Accessories for the FNH M249S rifle.

    k.    On or about October 25, 2023, during the purchase one FNH M249S rifle, Defendant NOELIA VALENZUELA GOMEZ completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

    l.    On or about October 28, 2023, during the purchase of one FNH M249S rifle, Defendant MELISSA OSORIO TALAMANTE completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that she knew to be false.

    m.    On or about November 13, 2023, during the purchase of one FNH M249S rifle, Defendant MICHAEL ANDREW WINGATE completed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, containing statements or representations that he knew to be false.

    n.    Defendant DAIVD MORENO QUEVEDO selected the desired firearms and directed, either personally or through Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, and WYATT MICHAEL FERNANDEZ, each firearm purchased by Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL

FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE.

 o. Defendant DAVID MORENO QUEVEDO, either personally or through Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, and WYATT MICHAEL FERNANDEZ, provided money to Defendants MARIO ALBERTO AYALA, JR., RANDY OBED VALENZUELA CHINCHILLAS, AIDEE ESPINOZA, TODD ROBERT NUTTALL, EARL MARLOW BURCH, WYATT MICHAEL FERNANDEZ, JORGE LUIS ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE for the purchase of each firearm.

 p. At Defendant DAVID MORENO QUEVEDO's direction and under Defendants MARIO ALBERTO AYALA, JR., and RANDY OBED VALENZUELA CHINCHILLAS' supervision, Defendants AIDEE ESPINOZA, TODD NUTTALL, EARL BURCH, WYATT MICHAEL FERNANDEZ, JORGE ROMAN, DYLAN MORGAN BURCH, SHAWNA MARIE O'SHEA, DAMARIS DAVILA MORENO, NOELIA VALENZUELA GOMEZ, MELISSA OSORIO TALAMANTE, and MICHAEL ANDREW WINGATE provided all firearms to Defendant DAVID MORENO QUEVEDO.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about July 15, 2023, in the District of Arizona, Defendant AIDEE ESPINOZA knowingly made a false statement and representation to JS Firearms Sales and Accessories in connection with the acquisition of a firearm, which was intended and likely to deceive JS Firearms Sales and Accessories as to a fact material to the lawfulness of a sale of a firearm by JS Firearms Sales and Accessories, a federal firearms licensee under the

provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant AIDEE ESPINOZA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearm on behalf of Defendant DAVID MORENO QUEVEDO.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 3

On or about September 5, 2023, in the District of Arizona, Defendant TODD ROBERT NUTTALL knowingly made a false statement and representation in connection with the acquisition of a firearm to JS Firearms Sales and Accessories, which were intended and likely to deceive JS Firearms Sales and Accessories as to a fact material to the lawfulness of a sale of a firearm by JS Firearms Sales and Accessories, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant TODD ROBERT NUTTALL did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant DAVID MORENO QUEVEDO.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNTS 4 and 5

On or about the dates listed below, in the District of Arizona, Defendant EARL MARLOW BURCH knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18,

United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant EARL MARLOW BURCH did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer of the firearms, whereas in truth in fact, he was purchasing the firearms on behalf of Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., and WYATT MICHAEL FERNANDEZ:

| Count | Date | Location |
| --- | --- | --- |
| 4 | 9/17/2023 | JS Firearms Sales and Accessories (Scottsdale) |
| 5 | 10/10/2023 | Scheels (Chandler) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 6-8

On or about the dates listed below, in the District of Arizona, Defendant WYATT MICHAEL FERNANDEZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant WYATT MICHAEL FERNANDEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer of the firearms, whereas in truth in fact, he was purchasing the firearms on behalf of Defendants DAVID MORENO QUEVEDO and MARIO ALBERTO AYALA, JR.:

| Count | Date | Location |
|---|---|---|
| 6 | 10/2/2023 | Scheels (Chandler) |
| 7 | 10/5/2023 | Scheels (Chandler) |
| 8 | 11/15/2023 | Scheels (Chandler) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 9

On or about October 10, 2023, in the District of Arizona, Defendant JORGE LUIS ROMAN knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive Scheels, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels, in that Defendant JORGE LUIS ROMAN did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant MARIO ALBERTO AYALA, JR.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 10

On or about October 11, 2023, in the District of Arizona, Defendant DYLAN MORGAN BURCH knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive Alpha Dog Firearms, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Alpha Dog Firearms, in that Defendant DYLAN MORGAN BURCH did execute a Department of Justice, Bureau of Alcohol,

Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm, whereas in truth in fact, he was purchasing the firearm on behalf of Defendants DAVID MORENO QUEVEDO and MARIO ALBERTO AYALA, JR.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 11 and 12

On or about the dates listed below, in the District of Arizona, Defendant SHAWNA MARIE O'SHEA knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant SHAWNA MARIE O'SHEA did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearms on behalf of Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., and WYATT MICHAEL FERNANDEZ:

| Count | Date | Location |
|---|---|---|
| 11 | 10/12/2023 | Scheels (Chandler) |
| 12 | 11/29/2023 | JS Firearms Sales and Accessories (Scottsdale) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 13

On or about October 13, 2023, in the District of Arizona, Defendant DAMARIS DAVILA MORENO knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive Scheels, a federal

firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels, in that Defendant DAMARIS DAVILA MORENO did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearm on behalf of Defendants DAVID MORENO QUEVEDO and RANDY OBED VALENZUELA CHINCHILLAS.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 14**

On or about October 25, 2023, in the District of Arizona, Defendant NOELIA VALENZUELA GOMEZ knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive JS Firearms Sales and Accessories, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant NOELIA VALENZUELA GOMEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearm on behalf of Defendants DAVID MORENO QUEVEDO, MARIO ALBERTO AYALA, JR., and RANDY OBED VALENZUELA CHINCHILLAS.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 15**

On or about October 28, 2023, in the District of Arizona, Defendant MELISSA OSORIO TALAMANTE knowingly made a false statement and representation in

connection with the acquisition of a firearm which was intended and likely to deceive JS Firearms Sales and Accessories, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant MELISSA OSORIO TALAMANTE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearm on behalf of Defendant DAVID MORENO QUEVEDO.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 16

On or about November 13, 2023, in the District of Arizona, Defendant MICHAEL ANDREW WINGATE knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive JS Firearms Sales and Accessories, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant MICHAEL ANDREW WINGATE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm, whereas in truth in fact, he was purchasing the firearm on behalf of Defendants DAVID MORENO QUEVEDO and MARIO ALBERTO AYALA, JR.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 17

On or about September 23, 2023, in the District of Arizona, Defendant MARIO ALBERTO AYALA, JR., knowingly made a false statement and representation in

connection with the acquisition of a firearm which was intended and likely to deceive JS Firearms Sales and Accessories, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant MARIO ALBERTO AYALA, JR., did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual transferee/buyer of the firearm, whereas in truth in fact, he was purchasing the firearm on behalf of Defendant DAVID MORENO QUEVEDO.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS 18 and 19

On or about the dates listed below, in the District of Arizona, Defendant RANDY OBED VALENZUELA CHINCHILLAS knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant RANDY OBED VALENZUELA CHINCHILLAS did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below stating he was the actual transferee/buyer of the firearms, whereas in truth in fact, he was purchasing the firearms on behalf of Defendant DAVID MORENO QUEVEDO:

| Count | Date | Location |
|---|---|---|
| 18 | 8/29/2023 | Acosta Systems (Chandler) |

| 19 | 12/22/2023 | Sprague's Sports (Yuma) |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 20

On or about October 28, 2023, in the District of Arizona, Defendant DAVID MORENO QUEVEDO aided and abetted Defendant MELISSA OSORIO TALAMANTE, who knowingly made a false statement and representation in connection with the acquisition of a firearm which was intended and likely to deceive JS Firearms Sales and Accessories, a federal firearms licensee licensed under the provisions of Chapter 44 of Title 18, United States Code, as to a fact material to the lawfulness of a sale of a firearm by the business, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of JS Firearms Sales and Accessories, in that Defendant MELISSA OSORIO TALAMANTE did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating she was the actual transferee/buyer of the firearm, whereas in truth in fact, she was purchasing the firearm on behalf of Defendant DAVID MORENO QUEVEDO.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

### FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 20 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1 through 20 of this Indictment, the Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the Defendants are liable. If any forfeitable property, as a result of any act or omission of the Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

S/
FOREPERSON OF THE GRAND JURY
Date: March 19, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

S/
MARCUS SHAND
Assistant U.S. Attorney